Submitted on record and briefs April 22, reversed and remanded June 23, 1993

RAYMOND JOY WRIGHT,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(92C-10153; CA A75171)

854 P2d 1009

John E. Storkel, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992).